# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **JESSE MAURICE STINSON,** | Case No. 3:25-cv-129 |
| Petitioner, | |
| vs. | **Judge Thomas M. Rose** |
| | **Magistrate Judge Caroline H. Gentry** |
| **WARDEN, MADISON CORRECTIONAL INSTITUTION,** | |
| Respondent. | |

## ORDER

In this habeas corpus action, Petitioner, proceeding *pro se*, has filed a Motion to Compel Respondent to issue a cashier's check from Petitioner's temporary trust account in the amount of $5 to pay the filing fee required for the instant habeas corpus case. (Doc. No. 5). Respondent opposes Petitioner's motion because the record reflects that the $5 filing fee was paid on May 12, 2025. (Doc. No. 6). On June 4, 2025, Petitioner filed a Reply acknowledging that the filing fee was paid and stipulating to the dismissal of his motion. (Doc. No. 7). Accordingly, Petitioner's Motion to Compel (Doc. No. 5) is **DENIED as moot.**

    IT IS SO ORDERED.

June 26, 2025

*s/ Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge